UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILSON CREEK ENERGY, LLC, | : | Case No. |
| | : | 3:23-cv-00697-VLB |
| *Plaintiff*, | : | |
| v. | : | |
| FREDERICK N. CUSHMORE, JR., FTC PARTNERS, INC., | :: | |
| | : | June 1, 2023 |
| *Defendants*. | : | |

### AFFIDAVIT OF KEVIN M. HARRIGAN IN SUPPORT OF CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF WILSON CREEK ENERGY, LLC

I, Kevin M. Harrigan, hereby declare:

1. I am the President and Chief Executive Officer of Wilson Creek Energy, LLC, the Plaintiff in the above-captioned matter.

2. I submit this affidavit pursuant to Fed. R. Civ. P. 7.1, and this Court's Standing Order Re: Disclosure Statement. I have personal knowledge of the facts set forth herein.

3. Plaintiff is a limited liability company organized under the laws of Delaware, with its principal place of business in Friedens, Pennsylvania. The sole member of Plaintiff is Wilson Creek Holdings, Inc., a corporation organized under the laws of Delaware with its principal place of business in Friedens, Pennsylvania. The sole shareholder of Wilson Creek Holdings, Inc. is Corsa Coal Corporation ("Corsa"), a corporation organized under the laws of British Columbia with its principal place of business in Friedens, Pennsylvania.

4. The family of Lukas Lundin has an indirect controlling interest of 10% or more

1

of Corsa's common shares issued and outstanding through two investment funds:

Lorito Holdings S.a.r.l.

Zebra Holdings and Investments S.a.r.l.

5. Plaintiff is the sole member of Maryland Energy Resources, LLC, a limited liability company organized under the laws of Delaware, with its principal place of business in Friedens Pennsylvania.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at  Friedens, PA , this 1st day of June 2023.

*Kevin M. Harrigan* (signature)

Kevin M. Harrigan

Commonwealth of Pennsylvania - Notary Seal
Annette Dively, Notary Public
Somerset County
My commission expires November 12, 2023
Commission number 1360132
Member, Pennsylvania Association of Notaries

*Annette Dively* (signature)

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2023, a copy of the foregoing was filed electronically and served via electronic and/or First Class mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

By: */s/ Leslie A. Cahill*
Leslie A. Cahill
Federal Bar No. ct31242
SPEARS MANNING & MARTINI LLC
2425 Post Road, Suite 203
Southport, CT  06890
Telephone: (203) 292-9766
Facsimile: (203) 292-9682
Email: lcahill@spearsmanning.com