UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| WILSON CREEK ENERGY, LLC, | : | Case No. |
| | : | 3:23-cv-00697-VLB |
| *Plaintiff*, | : | |
| v. | : | |
| | : | |
| FREDERICK N. CUSHMORE, JR., FTC PARTNERS, INC., | : | |
| | : | June 12, 2023 |
| *Defendants*. | : | |

### PLAINTIFF'S MOTION FOR DISCLOSURE OF ASSETS

Pursuant to Fed. R. Civ. P. 64 and Conn. Gen. Stat. § 52-278n, and in furtherance of Plaintiff's application for prejudgment remedy, Plaintiff Wilson Creek Energy, LLC ("Wilson Creek") respectfully moves for an order requiring Defendants Frederick N. Cushmore, Jr. ("Cushmore") and FTC Partners, Inc. ("FTC Partners," and, collectively, "Defendants"), including any entities over which FTC Partners has a controlling interest, to disclose under oath in Court any property in which either Defendant has any interest or any debt which is due, including, but not limited to the following:

1. Bank accounts (e.g., checking, savings, certificates of deposit), including account numbers and the names and addresses of the institutions where such accounts are maintained, and the present balance in each such account;

2. Money market funds or accounts, including account numbers, the names and addresses of the institutions where such accounts are maintained, and

1

the present balance in each such fund or account;

3. Real property, including identification of the record owner(s), the location and address of the property, the legal description of the property, the nature of the interest held; the estimated market value of Defendants' interests, the names and addresses of any lienholder on the property, and the amount of such liens;

4. Stocks, bonds, commercial paper and securities (collectively, the "securities"), including the entities issuing the securities and the present location where the securities are held, the type of security, the amount of shares owned in each entity (if the securities are capital stock) or the principal amount of the securities, the market value of the securities, and the series numbers of any stock and bond certificates;

5. The names of all general and limited partnerships, corporations, or limited liability companies, or other such entities in which Defendants have an interest, including the business address of said entity, the name and address of its registered agent, and the nature of the interest held therein by Defendants, and the legal description (including the physical location and address) of any real property owned by such entity, in whole or in part, or in which said entity possesses any beneficial, equitable, or trust interest;

6. Accounts receivable, including the names and addresses of the account debtors, the amount of the account debtors' obligations, the date on which the obligations were incurred, and the dates on which such obligations became or become due;

7. Any other funds due Defendants from matters on which Cushmore or FTC Partners is currently working, other than debt accruing by reason of personal services, including the names and addresses of the debtors and the amounts alleged to be due;

8. Any anticipated funds due Cushmore or FTC Partners from matters on which Cushmore or FTC Partners has contracted to perform in the future, other than debt accruing by reason of personal services, including the names and addresses of the parties to said contracts and a statement of the sums due and the dates upon which said funds are due and payable;

9. Motor vehicles, boats, and airplanes, including descriptions and registration numbers, the city or town where registered, the names and addresses of any lienholder and the amount of such liens, and the estimated market value;

10. All other tangible and intangible assets having a value of $500 or more, including a description of all such assets, the location of such assets, the names and addresses of lienholders and the amount of such liens, and the estimated market value;

11. Causes of action which are currently in suit and in which Defendants are parties, including the names of the other parties and their addresses, the names of the parties' attorneys and their addresses, the Court(s) to which said action(s) are returnable, whether any case has gone to judgment, and whether any pre-judgment remedy has been granted in said actions;

12. Transfers of real property (real or personal), including a statement as to whether Defendants have made or have caused to be made a transfer of any

asset(s) or interest(s) in assets within the last four (4) years to a third party, and if so, describing in detail: (a) the nature of the asset or interest in an asset transferred; (b) when the transfer occurred; (c) to whom the transfer was made; and (d) the circumstances and consideration for such transfer.

WHEREFORE, the applicant, Wilson Creek, respectfully moves the Court to enter the orders requested herein for the disclosure of assets of Defendants.

Dated: June 12, 2023

Respectfully submitted,

By: */s/ Leslie A. Cahill*
BRIAN E. SPEARS (ct14240)
LESLIE A. CAHILL (ct31242)
Spears Manning & Martini LLC
2425 Post Road, Suite 203
Southport, CT 06890
T: (203) 292-9766
F: (203) 292-9682
Email: bspears@spearsmanning.com
lcahill@spearsmanning.com

Counsel for Wilson Creek Energy LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2023, a copy of the foregoing was filed electronically and served via electronic and/or First Class mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's CM/ECF system.

By: */s/ Leslie A. Cahill*
Leslie A. Cahill
Federal Bar No. ct31242
SPEARS MANNING & MARTINI LLC
2425 Post Road, Suite 203
Southport, CT  06890
Telephone:  (203) 292-9766
Facsimile:  (203) 292-9682
Email:  lcahill@spearsmanning.com