UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Wilson Creek Energy, LLC,<br><br>      *Plaintiff,*<br><br>v.<br><br>Frederick N. Cushmore, Jr., *et al.*,<br><br>      *Defendants.* | Civil No. 3:23-cv-00697 (SVN)<br><br><br><br>July 10, 2023 |

**SCHEDULING ORDER RE: MOTION FOR PREJUDGMENT REMEDY (ECF No. 14)**

  A prejudgment remedy hearing is scheduled for **Thursday, October 5, 2023 at 9:00 a.m.** before the Honorable Thomas O. Farrish, United States Magistrate Judge.  **T**he hearing will be held in the East Courtroom, 2nd Floor, 450 Main St., Hartford, CT.

  In advance of the hearing, it is hereby **ORDERED** that:

  1. On or before September 21, 2023, counsel shall exchange proposed hearing exhibits and witness lists.

  2. Between September 21, 2023 and September 28, 2023, counsel shall confer in good faith in an effort to reach agreement on (i) the admissibility of the proposed hearing exhibits; and (ii) whether any material facts are undisputed.

  3. On or before September 28, 2023, the parties shall file on the docket a joint witness and exhibit list.  The exhibit list shall include (i) the exhibit letter or number, *e.g.*, "Plaintiffs' 1," "Defendants' A," etc.; (ii) a very brief description of the exhibit; (iii) a "yes/no" indicator, indicating whether the exhibit is objected to by the opposing party(ies); and (iv) a very brief, non-argumentative statement of the basis for the objection, *e.g.*, "hearsay," "Rule 403," etc.

4. If, pursuant to paragraph 2(ii) *supra*, the parties identify any undisputed material facts, they shall file a joint stipulation on or before September 28, 2023.

5. Each party shall send to the undersigned's Courtroom Deputy, Mr. Robert Wood, on or before October 2, 2023, the original set of exhibits that it plans to offer into evidence, along with two complete sets of copies. The originals and copies shall be three-hole punched, placed in three-ring binders, and organized with tabs corresponding to the exhibit identifier. The plaintiff shall number its exhibits beginning with "1," and the defendants shall letter their exhibits beginning with "A." Each party shall pre-mark its exhibits with trial exhibit tags, and those tags must be affixed before the two sets of copies are made.

6. Any document that is not (i) timely identified in the parties' exhibit list and (ii) timely provided to the Court in full compliance with this Order will not be admitted into evidence unless substantial prejudice would result.

SO ORDERED at Hartford, Connecticut this 10th day of July, 2023.

*/s/ Thomas O. Farrish*
Thomas O. Farrish
United States Magistrate Judge