UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILSON CREEK ENERGY, LLC,<br>Plaintiff<br><br>v.<br><br>FREDERICK N. CUSHMORE, JR. and FTC PARTNERS, INC.<br>Defendants<br>_____/ | Case No. 3:23-cv-00697 |

## APPEARANCE OF COUNSEL

NOTICE is hereby given that Natalie R. Kanerva, Trial Attorney, Fraud Section, Criminal Division, United States Department of Justice, is counsel of record for the United States (proposed intervenor) in the above civil action.

Respectfully submitted,

GLENN LEON
CHIEF, FRAUD SECTION
CRIMINAL DIVISION
U.S. DEPARTMENT OF JUSTICE

*/s/ Natalie R. Kanerva*
Natalie R. Kanerva (NY Bar No. 5134952) Trial Attorney, Fraud Section
1400 New York Ave., NW
Washington, DC 20005
(202) 674-6617
Natalie.Kanerva@usdoj.gov