# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | |
|---|---|
| WILSON CREEK ENERGY, LLC, | Case No. 3:23-cv-00697-SVN |
| *Plaintiff*, | |
| v. | |
| FREDERICK N. CUSHMORE, JR., FTC PARTNERS, INC., | |
| | September 29, 2023 |
| *Defendants*. | |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the Plaintiff, Wilson Creek Energy, LLC, and the Defendants, Frederick N. Cushmore Jr. and FTC Partners, Inc., hereby stipulate to dismissal with prejudice of this action, and all claims and counterclaims that were or could have been asserted herein, with each party to bear its own costs, expenses, and attorney's fees.

Respectfully submitted,

*/s/ Brian E. Spears*
BRIAN E. SPEARS (ct14240)
LESLIE A. CAHILL (ct31242)
Spears Manning & Martini LLC
2425 Post Road, Suite 203
Southport, CT 06890
T: (203) 292-9766
F: (203) 292-9682
Email: bspears@spearsmanning.com
        lcahill@spearsmanning.com

*Counsel for Wilson Creek Energy LLC*

1

2

>*/s/ Adam D. Hollander*
> Adam D. Hollander (ct28069)
> Slarskey LLC
> 767 Third Avenue, 14th Floor
> New York, NY 10017
> T : (646) 893-0482
> Email : ahollander@slarskey.com
>
> *Counsel for Frederick N. Cushmore, Jr. and FTC Partners, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 29, 2023, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing. Parties may access this filing through the Court's CM/ECF system.

                                                    /s/ *Brian E. Spears*
                                                    Brian E. Spears